IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Nos. 02-1953C and 04-1716C

(Filed: May 8, 2007)

SOUTHERN CALIFORNIA EDISON,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

In two separate orders issued on June 19, 2006, this court granted stays in *Southern California Edison v. United States*, No. 02-1953C, and *Southern California Edison v. United States*, No. 04-1716C. The court granted the stays to allow for the completion of certain pre-conditions contained in settlement agreements that the parties had executed in each of the above-captioned cases. In accord with the orders granting the stays, the parties were requested to file joint status reports ("JSR") on or before October 19, 2006, and every four months thereafter, addressing the status of the implementation of these settlement agreements. As of the date of this order, however, the court has not received from the parties a JSR for either case.

In the interest of efficiency, by the Order of May 4, 2007, the court converted case No. 02-1953C to the Electronic Case Files ("ECF") system, and by this order, the court consolidates cases Nos. 02-1953C and 04-1716C. Especially because the caption is the same in both consolidated cases, only one listing of the caption is necessary in the future, although both case numbers shall be shown in the heading of the caption. Case No. 02-1953 shall be the lead case.

On or before May 31, 2007, the parties shall file a single JSR via the ECF system, addressing the status of the implementation of their settlement agreements in each of these now-consolidated cases. The next JSR after that shall be filed October 1, 2007, and similar reports shall be filed every four months thereafter until these cases are concluded.

It is so ORDERED.

s/ Charles F. Lettow
Judge