**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SOUTHERN CALIFORNIA EDISON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Nos. 02-1953C, 04-1716C** |
| | ) | **(Judge Lettow)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's May 8, 2007 order, the parties submit the following status report concerning the implementation of the settlement agreement for the cases docketed as 02-1953C and 04-1716C, and now consolidated by the Court's May 8, 2007 order.

As the parties advised in their joint motion to stay proceedings, certain preconditions were anticipated before the settlement of the above-referenced cases could become final. The first two preconditions involved notice and comment to third parties, to be completed by each of the parties to this action. A third precondition involves the resolution of other proceedings to which both Southern California Edison ("Edison") and the United States are parties.

Since the filing of our motion to stay proceedings, two of the three preconditions necessary to finalize the settlement of these actions have occurred. Both parties have successfully completed notice and comment proceedings

involving various third parties. In neither case were comments received that would affect the finality of the settlement agreement. Indeed, in the case of Edison, the Public Utilities Commission of the State of California approved the settlement of the consolidated actions, while the United States did not receive any objection to proceeding with the settlement from any interested parties.

The parties are currently awaiting the completion of the third precondition involving the resolution of a proceeding involving Government payments to the State of California related to energy sales in 2000-2001. Both Edison and the United States are parties to this proceeding. At present, the proceeding is continuing. We will inform the Court regarding the completion of the third precondition as soon as developments warrant.

Respectfully submitted,

s/ Charles D. Siegal
CHARLES D. SIEGAL
JOSEPH YBARRA
Munger, Tolles & Olson LLP
355 South Grand Avenue
35th Floor
Los Angeles, California
90071-1560
Tele: (213) 683-9181

Attorneys for Plaintiff

PETER D. KEISLER
Assistant Attorney General

s/Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0319

Attorneys for Defendant

May 31, 2007